*check No. 2010*
*Receipt No. 82136*



IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

IN RE:                            CASE NO: 02-55696

MYIA R WATKINS               CHAPTER 7

          Debtor(s)           HON. MARILYN SHEA-STONUM
                                     BANKRUPTCY JUDGE

<u>TRANSMITTAL OF UNCLAIMED FUNDS</u>

Marc P. Gertz, Trustee of this estate, reports the following:

1. Ninety days have passed since final distribution was made in this case. A stop payment has been issued on all checks remaining unpaid. The names of the persons to who such unnegotiated checks were issued, the amount of such check and their last known addresses are:

       Claim #5      Advance America                         $36.07
                            2086 Romig Rd.
                            Akron, OH 44307

       Claim #6      Barberton Citizens Hospital-Labear     $142.82
                            PO Box 1716
                            Akron, OH 44309-1716

*$178.89*

2. Your trustee's check for $178.89 payable to the Clerk of the United States Bankruptcy Court is attached to this report and list.

3. Nothing further remains to be done in this case.

Date: February 9, 2011                _____

                                   Marc P. Gertz, #0003808
                                   Chapter 7 Trustee
                                   Goldman & Rosen, Ltd.
                                   11 S. Forge St.
                                   Akron, OH 44304
                                   Phone: 330.376.8336
                                   Fax: 330.376.2522
                                   mpgertz@goldman-rosen.com